**No. 53759.**—Monte Sano & Pruzan, Inc., et al. *v.* United States, protests 86891–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.